

# Fourth Court of Appeals
## San Antonio, Texas

January 23, 2014

No. 04-13-00593-CV

Venus **MINSAL**,
Appellant

v.

Abel H. **GARCIA**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-18466
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

On January 20, 2014, the parties filed a joint motion requesting (1) an extension of time for appellant to file her brief and (2) a referral to mediation. In the motion, the parties represent that they have agreed on a mediator. The parties' joint motion is GRANTED as follows. This appeal is ABATED for mediation. All appellate deadlines, including the time for filing appellant's brief, are SUSPENDED pending further order of this Court. The parties are ORDERED to file a written notice advising this Court of the status of their mediation **no later than March 7, 2014**.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of January, 2014.

_____
Keith E. Hottle
Clerk of Court